156 A.3d 261

Francis B. HARRIS, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Commissioner, John Wetzel, Grievance Coordinator, Dorina Varner, Superintendent, Robert Gilmore, Grievance Officer, Tracy Shawley, John and Jane Doe, Appellees

No. 57 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: January 17, 2017

## *ORDER*

PER CURIAM

**AND NOW,** this 17th day of January, 2017, the Order of the Commonwealth Court is **AFFIRMED.** Appellant's Motion requesting appointment of counsel or appointment of law student to assist is **DENIED.** Appellant's Motion Requesting *Nunc Pro Tunc* and Letter in Application are **DENIED.**